UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| RICKY LEE STROBLE, | § | |
| Petitioner, | § | |
| | § | |
| versus | § | CIVIL ACTION 4:15-CV-03290 |
| | § | CONSOLIDATED 4:15-CV-03370 |
| WILLIAM STEPHENS, | § | |
| Director of the Texas Department of Criminal | § | |
| Justice - Correctional Institutions Division, | § | |
| Respondent. | § | |

## Order of Adoption

On March 29, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 23) to which the petitioner objected (Dkt. 24). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petitions are dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed _May 2_, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge